THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-009-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE A SENTENCING HEARING VIA VIDEOCONFERENCE |
| GIDEON BEWLEY, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion of the parties to proceed forward with a sentencing hearing via videoconference and finds that:

(a) Under the General Orders, felony pleas and sentencings may proceed by video or telephone if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." A sentencing hearing in this case cannot be delayed without serious harm to the interests of justice; and

(b) Mr. Bewley would like to have his sentencing hearing as soon as possible and resolve the case in a timely fashion; and

(c) Mr. Bewley wishes to have his sentencing hearing as soon as possible in light of anticipated delay associated with the COVID pandemic and a desire to alleviate presumptive backlogged court calendars following the COVID recovery

ORDER GRANTING UNOPPOSED MOTION
TO SCHEDULE SENTENCING HEARING VIA
VIDEOCONFERENCE - 1
*(US v. Bewley;* CR19-009RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

process. Mr. Bewley believes that the Court may not be as able to accommodate a timely resolution of his case in the future as more cases are delayed; and

(d) a videoconference sentencing hearing would avoid further delays in the ultimate sentencing in this case, which would cause "serious harm to the interests of justice." See General Order No. 04-20 (3/30/20).

IT IS THEREFORE ORDERED that this matter should be set for a sentencing hearing via videoconference at the earliest practicable date and after coordination between the Court and the parties.

DONE this __22nd__ day of October, 2020.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Gregory Geist*
Assistant Federal Public Defender
Attorney for Gideon Bewley

ORDER GRANTING UNOPPOSED MOTION
TO SCHEDULE SENTENCING HEARING VIA
VIDEOCONFERENCE  - 2
*(US v. Bewley;* CR19-009RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100