Good afternoon Honorable Judge Lasnik,

Your Honor, every morning I wake up and think of all the pain I've caused the victim, her family, and my family as well. I pray that my confession and sentencing help the victim with closure and feel a sense of justice.

In mid-October 2018 I was questioned by the FBI. That was the first time I had ever talked to anyone about the sexual assaults. When the detective asked me about the assault I denied the accusations. I was so ashamed and worried about how my dad would when react when he heard, and sitting there with two men I've never met made it hard to open up. When the detectives asked to come in and talk I knew exactly what it was about but I let them in, they read me my rights and asked if I wanted a lawyer. I didn't want a lawyer. I knew what I wanted to say it was just so hard to let the words come out of my mouth. I was disgusted in myself.

After the investigation I thanked detective Terry Getch because he made me feel comfortable. I don't recall exactly what he said or did but I felt he was genuine. When detective Getch told me that the victim is hurt and that closure was a big part of the healing process. I became very emotional and confessed. I finally felt free after getting that off my chest.

Your Honor, I am going to have many obstacles upon being released from prison. Above all, I'm going to have to register as a sex offender. That alone opens another door to more obstacles but being aware of this ahead of time has helped me prepare. I have already established a safe living arrangement, reliable transportation and a source of income. I have so many friends and family members that are very supportive and now that I am sober I feel I can confidently face any obstacle and overcome it.

If we were to look back on everything I've been in trouble for we can see that one thing all cases have in common is alcohol. Although a few infractions were not directly tied to alcohol, like the no seatbelt ticket and fishing in a closed area but I know alcohol caused me to go against what I know was right and therefore I had broke the law.

When I committed the acts of sexual assault I was heavily intoxicated. I am not blaming alcohol for what I've done. I believe if I was sober things would be different. After the assaults I began to drink more frequently. I felt guilt and it was hard to live with so I'd "numb the pain." That went on for four years and in that four years I ended up getting convicted of two DUIs. I was court ordered to participate in treatment and attend A.A. meetings. Although I completed treatment and attended A.A. I was unsuccessful.

My family has been sending me different A.A. books so I have taken it upon myself to work the 12 steps since there are no other programs available for pretrial inmates. I now know why I was unsuccessful with staying sober. Step five of A.A. says: Admitted to God, to ourselves, and to another human being the exact nature of our wrongs." With my confession I have finally completed step five and I am confident that I can have a successful recovery.

Your Honor, I am not trying to deflect your attention from the nature of the case. I am trying to emphasize that I know what I need to do to not reoffend or violate parole. I know how important sobriety is to ensure safety for myself and others around me.

One day I called home and talked to my youngest brother. I was explaining to him how Good Time Credit works, how I can earn close to 2 months off my sentence per year as long as I don't get in any trouble. When I finished he emotionally replied, "don't mess this up because I need you home." Although I never plan on getting in trouble, what he said has stuck with me. What is the easiest way to stay out of trouble? To keep yourself busy.

Since June of 2019 I have been the food service orderly in my unit. I also help sweep, mop, and take out the trash. As soon as the COVID-19 pandemic hit King County the FDC took preventative action and I was hired along with 3 other inmates to form a sanitation crew. All of that might not seem like much but I look at it as an essential job, making me a "Frontline" worker. Helping others is something I was taught and it is something I am passionate about. I know I have hurt people in the past but my nature is to help people and going forward that is what I plan to do.

Since December 17, 2018 I have been doing what I can to improve myself. I have been more spiritually connected with my mind and emotions. I have been more attentive to my physical and mental health. Most importantly I have been working the 12 steps A.A. suggests for a successful recovery. My father is into Yin and Yang, in every positive there is a negative and in ever negative there is a positive. So right now I'm giving it my all trying to make the best out of a bad situation.

Much of my time incarcerated has been spent thinking about what I can do to help the victim. I want to be involved with something that would help her. She deserves more than I can possibly offer by I am more than willing to do whatever it takes.

I know this is all my fault. I am not asking for forgiveness. I just want to do everything I can to help while I pray for forgiveness. This young woman never deserved what I did to her. No one does, and for that I've changed my life.