UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIDEON THOMAS BEWLEY,<br><br>Defendant. | Case No. CR19-009-RSL<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's "Motion for Early Termination of Supervised Release" (Dkt. # 52). Having reviewed the motion, defendant's exhibits, including his letter to the Court, the opposition, and the remaining record herein, the court DENIES the motion.

On August 22, 2019, Mr. Bewley pleaded guilty to one count of sexual abuse with a minor for engaging in sexual acts with a twelve-year-old girl on multiple occasions. Dkt. # 26. The Court sentenced Mr. Bewley to 48 months of imprisonment to be followed by five years of supervised release. Dkt. # 48. Mr. Bewley commenced his term of supervised release on June 21, 2022, and his term is set to expire on or about June 21, 2027. Mr. Bewley requests early termination. The Government and the United States Probation Office oppose the request given that Mr. Bewley is "thriving under the Court's supervision" and would be best served by carrying out the remainder of his term. Dkt. # 53.

After a defendant completes at least one year of the supervised release term, the Court may terminate his term of supervised release "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

ORDER DENYING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 1

Defendant's time on supervised release now exceeds one year; therefore, consideration of early termination of supervised release is statutorily permissible.

The Court must consider several factors in deciding whether early termination is appropriate, including the nature and circumstances of the offense, the history and characteristics of the defendant, the need to deter criminal conduct and protect the public from further crimes, to provide the defendant with correctional treatment in the most effective manner, and the need to avoid disparity among similarly situated defendants. 18 U.S.C. § 3583(e) (citing to factors listed by 18 U.S.C. § 3553(a)); *see United States v. Emmett*, 749 F.3d 817, 820 (9th Cir. 2014). Early termination of supervised release should be granted only "[o]ccasionally" when "changed circumstances—for instance, exceptionally good behavior by the defendant or a downward turn in the defendant's ability to pay a fine or restitution imposed as conditions of release—will render a previously imposed term or condition of release either too harsh or inappropriately tailored to serve the general punishment goals of section 3553(a)." *United States v. Lussier*, 104 F.3d 32, 36 (2d Cir. 1997); *see also United States v. Miller*, 205 F.3d 1098, 1101 (9th Cir. 2000).

Although the Court commends defendant's compliance with supervision, it finds that early release is not warranted. The nature and circumstances of defendant's offense were quite serious, and defendant's recent compliance with the conditions of his supervision do not render continued supervision inappropriate. *United States v. Molina*, No. CR15-0383-JCC, 2021 WL 915140, at *1 (W.D. Wash. Mar. 10, 2021) (citing *United States v. Grossi*, 2011 WL 704364, slip op. at 2 (N.D. Cal. 2011) (finding that "[m]ere compliance with the terms of supervised release is what is expected, and without more, is insufficient to justify early termination")). Mr. Bewley is making meaningful strides on supervision, and he has not advanced any compelling reason favoring early termination. After careful consideration of Section 3553(a) factors, and absent other circumstances beyond mere compliance, the Court is unpersuaded that early termination is justified.

For the foregoing reasons, defendant's "Motion for Early Termination of Supervised Release" (Dkt. # 52) is DENIED.

ORDER DENYING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 2

DATED this 27th day of August, 2024.

*Robt S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 3